[No. 27316-1-II. Division Two. May 3, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ZORINA SHAWN GORE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00972-8, Don L. McCulloch, J., entered April 12, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 42632-0-I. Division One. May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD RYDALE HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-09452-2, Charles W. Mertel, J., entered April 22, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 42744-0-I. Division One. May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL ULYESS LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07007-1, Glenna Hall, J., entered May 26, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 45988-1-I. Division One. May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LELBERT LOUISE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08357-8, Norma Smith Huggins, J., entered January 31, 2000. *Dismissed* by unpublished per curiam opinion.